# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JIAHUA SONG | ) | Case No. |
| | ) | 6:25-mj-2420 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 28, 2025** in the county of **Brevard** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46306(b)(7) | Operating Aircraft without an Airman's Certificate |
| 49 U.S.C. § 46307 | Violation of National Defense Airspace |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Jose Del Rio Rodriguez, Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 12/31/2025

City and state: Orlando, FL

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

STATE OF FLORIDA

COUNTY OF ORANGE

CASE NO. 6:25-mj- 2420

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jose Rodriguez Del Rio, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the National Aeronautics and Space Administration (NASA), Office of Inspector General (OIG), Kennedy Space Center (KSC), Florida, and have been since May 08, 2023. The NASA OIG is a federal law enforcement agency that investigates allegations of crime, cyber-crime, fraud, waste, abuse, and misconduct having impact on NASA programs, projects, operations, and resources. As a Special Agent, I have conducted several criminal, civil and administrative investigations in the areas of Fraud, Waste and Abuse of NASA Programs and general crimes that have occurred on NASA Federal property. As a Special Agent, I have investigated various matters involving crimes against the United States, specifically violations of Title 18 of the United States Code. I have also investigated crimes perpetrated in violation of various statutes in the state of Florida. Additionally, I have participated in the execution of federal and state search warrants involving searches of real property and seizures of documents, cellular telephones, computers, computer equipment, software, and electronically stored information.

2. This affidavit is submitted in support of an application for the issuance of a criminal complaint and arrest warrant for JIAHUA SONG (SONG) for violations of:

    a) 49 U.S.C. § 46306(b)(7) – Operating Aircraft without an Airman's Certificate; and

    b) 49 U.S.C. § 46307 – Violation of National Defense Airspace.

These offenses relate to SONG's operation of a registered unmanned aircraft system ("UAS"), DJI Mavic 3 drone, with an ID serial number of SAQ007KNAA ("Subject UAS" – *see* Attachment A) over NASA's Kennedy Space Center, Space Commerce Way, Merritt Island, FL 32953, on December 28, 2025.

3. The facts in this affidavit come from my participation in this investigation and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant to arrest SONG and does not set forth all of my knowledge about this matter.

## LEGAL BACKGROUND

4. The Federal Aviation Administration ("FAA") is an agency within the United States Department of Transportation responsible for the control and use of navigable airspace within the United States. The FAA created the National Airspace System ("NAS") to protect persons and property on the ground, and to establish a safe and efficient airspace environment for civil, commercial, and military aviation. In the FAA Modernization and Reform Act of 2012, the FAA was charged with

safely integrating unmanned aircraft systems ("UAS"), commonly referred to as "drones," into the NAS.

5. Pursuant to 49 U.S.C. § 40103(b)(3), the FAA has designated the airspace in Kennedy Space Center as "National Defense Airspace" and a restricted airspace, classified as zone R-2932. All Unmanned Aircraft are prohibited from flying within restricted area unless approval from NASA and the FAA has been received.

*Federal Aviation Administration Requirements*

6. 14 C.F.R. § 107 provides requirements for the operation of small Unmanned Aircraft Systems. Specifically, 14 C.F.R. § 107.12 provides requirements for a remote pilot certificate with a small UAS rating and states that:

> (a) except as provided in paragraph (c) of this section, no person may manipulate the flight controls of a small, unmanned aircraft system unless:
>
> > (1) that person has a remote pilot certificate with a small UAS rating issued pursuant to subpart C of this part and satisfies the requirements of 107.65; or
> >
> > (2) that person is under the direct supervision of a remote pilot in command and the remote pilot in command has the ability to immediately take direct control of the flight of the small, unmanned aircraft.
>
> (b) except as provided in paragraph (c) of this section, no person may act as a remote pilot in command unless that person has a remote pilot certificate with a small UAS rating pursuant to Subpart C of this part and satisfies the requirements of 107.65; and

    (c) the Administrator may, consistent with international standards, authorize an airman to operate a civil foreign-registered small, unmanned aircraft without an FAA-issued remote pilot certificate with a small UAS rating.

  7. 14 C.F.R. § 107.3 provides definitions related to small, unmanned aircraft. Specifically, 14 C.F.R. § 107.3 states that "control station means an interface used by the remote pilot to control the flight path of the small unmanned aircraft…; "small unmanned aircraft" means an unmanned aircraft weighing less than 55 pounds on takeoff, including everything that is on board or otherwise attached to the aircraft; "small unmanned aircraft system" ("small UAS") means a small unmanned aircraft and its associated elements (including communication links and the components that control the small unmanned aircraft) that are required for the safe and efficient operation of the small unmanned aircraft in the national airspace system; and "unmanned aircraft" means an aircraft operated without the possibility of direct human intervention from within or on the aircraft."

*UAS Registration Requirement and Operation Rules*

  8. As of December 12, 2017, 49 U.S.C. § 46306 criminalized the operation of unregistered unmanned aircraft. Public Law 115-91, Section 1092(d) specifically restored the rules adopted by the Administrator of the Federal Aviation Administration for small, unmanned aircraft (FAA-2015-7396). The term aircraft used in Title 49 is defined as any contrivance invented, used, or designed to navigate or fly in the air (49 U.S.C. § 40102(a)(6)). An unmanned aircraft weighing between 0.55 pounds and 55 pounds must be registered pursuant to 14 C.F.R. § 107. This

applies to such devices even if such devices are used purely for hobby or recreational purposes. 49 U.S.C. § 46306(b)(7) makes it a crime for an individual to knowingly and willfully serve or attempt to serve in any capacity as an airman without an airman's certificate authorizing the individual to serve in that capacity. Anyone who operates the unmanned aircraft for commercial purposes must also possess a valid Remote Pilot Airman's Certificate.

*Violation of Regulations of National Aeronautics and Space Administration*

9. 14 C.F.R. § 1203a provides criminal penalties for violation of security areas at National Aeronautics and Space Administration Centers or Component Facilities. 14 C.F.R. § 1203a.104(b) subjects prosecution under 18 U.S.C. § 799 which makes it a crime to willfully "violate, attempt to violate, or conspire to violate any regulation or order promulgated by the Administrator of the National Aeronautics and Space Administration for the protection or security of any laboratory, station, base or other facility, or part thereof, or any aircraft, missile, spacecraft, or similar vehicle, or part thereof, or other property or equipment in the custody of the Administration, or any real or personal property or equipment in the custody of any contractor under any contract with the Administration or any subcontractor of any such contractor, shall be fined under this title, or imprisoned not more than a year, or both." As such, NASA controls access to its facilities, which includes the Kennedy Space Center (KSC) in Merritt Island, FL, to only those NASA employees, NASA contractor employees, and visitors who have a need for such access and are authorized to enter the area alone or be escorted by or under the

5

supervision of a NASA employee or NASA contractor employee who is authorized to enter the area. NASA limits and controls access to its facilities through physical fencing and armed security personnel, or automatic gates that utilize biometric or electronic identification badges and provides notification to the public through signage that it is a federal facility. Additional signage at KSC states "under 24-hour surveillance" and prohibits drones. (*See* Attachment 2)

## PROBABLE CAUSE

11. The United States is conducting a criminal investigation of SONG in relation to the operation of a registered UAS over NASA's Kennedy Space Center, Space Commerce Way, Merritt Island, FL 32953, on December 28, 2025, and other possible locations.

12. Records from a sensitive law enforcement system indicated the following:

    a. On December 28, 2025, at approximately 5:13 p.m., the Subject UAS was operating in a NASA designated security area at Kennedy Space Center (KSC) in Merritt Island, FL.

    a. The Subject UAS had flown for a total of 3 minutes and 39 seconds with a max altitude of approximately 603.3 feet.

    b. The Subject UAS was within a physically defined area located at the NASA KSC where there were security measures, procedures, and controls for access.

    c. The Subject UAS was piloted from the KSC Apollo/Saturn V Center

parking lot, which is an attraction operated by Delaware North Parks & Resorts and is situated behind the fenced perimeter boundary of KSC property. This location is only accessible by the public via a KSC bus operated by Delaware North and is included with admission to the KSC Visitor Complex.

13. At approximately 5:18 p.m. KSC Security Police were dispatched to the KSC Apollo/Saturn V Center, who observed SONG actively operating a drone in the restricted airspace classified as R-2932 National Defense Airspace. KSC Security Police learned that SONG purchased admittance for a public tour and departed from the guided tour group to launch the Subject UAS.

14. KSC Security Police contacted SONG, who informed he was visiting from Texas on vacation and that he was a foreign national who was admitted to the United States on a student visa. SONG confirmed he flew and owns the Subject UAS. SONG produced a Small UAS Certificate of Registration with the FAA, but the FAA later determined that the registration was for a different drone, not the Subject UAS.

15. KSC Security Police took pictures of the Subject UAS (Attachment A). The control display contained photographs taken by the drone of NASA's critical infrastructure. KSC Security Police issued a trespass notice to SONG. The Subject UAS was returned to SONG by KSC Security.

16. The location of the Subject UAS flight by SONG included R-2932 National Defense Airspace, which encompasses NASA's critical infrastructure.

17. On December 29, 2025, Agents confirmed with NASA and the FAA there were no approved flights in the R-2932 National Defense Airspace for SONG or the Subject UAS. Additionally, FAA records reflect no approved or submitted Federal Aviation Administration (FAA) DroneZone Authorizations or Waivers, nor did they have an approved Low Altitude Authorization and Notification Capability (LAANC) authorization, to conduct small Unmanned Aircraft System (sUAS) operations within Restricted Airspace R-2932 by SONG or the Subject UAS.

18. FAA records indicated that on September 10, 2023, SONG registered a different drone aircraft, but not the Subject UAS. SONG's modeler type was listed as a "modelist" and had the address of 19G 752 W End Ave New York, NY 10025. A modelist designation denotes the registrant is someone who builds, modifies, or flies drones for hobby/recreation.

19. FAA records indicated SONG does not have a Part 107 pilot's license and the Subject UAS was not registered, either as a modelist or as a non-modelist.

20. The FAA provided information that since SONG flew the Subject UAS in the R-2932 National Defense Airspace, without a Part 107 pilot's license, valid non-modelist registration, and no approval for flight in the R-2932 National Defense Airspace, he violated 49 U.S.C. § 46306(b)(7). Although all drones generally do not have to be registered for recreational use, this exception does not apply in restricted airspace. Part 107 and commercial use rules apply to any and all drones flown in restricted airspace, as applicable here.

21. I have confirmed with the FAA that because SONG flew the Subject UAS without authorization in the R-2932 National Defense Airspace, this violates 49 U.S.C. § 46306(b)(7) (Operating Aircraft without Airman's Certificate) and 49 U.S.C. § 46307 (Violation of National Defense Airspace).

22. The DJI Fly application—which is the software associated with the Subject UAS—is only supported by IOS version 11.0 or above or Android 7.0 or above. The application is used to display maps to verify UAS location, and that the UAS can be flown without violating airspace. The DJI Fly app is the primary method of updating firmware and to transfer data between an UAS and a computer or to upload pictures, flight logs to social media, a computer or any other electronic storage. The flight data will be stored on the DJI application. In addition, this application is the primary method of moving videos and pictures from the UAS. The DJI application can be placed on a phone or other digital device. In addition, signs physically displayed on KSC property upon entry to the property as well as within the KSC Visitor's Center area clearly prohibit drones and UAS and state they will be confiscated if operated on KSC property (*see* Attachment B).

23. On December 31, 2025, SONG is scheduled to depart from the Orlando International Airport on Delta airlines, flight number 2259, originally scheduled to depart at 12:30 p.m.

## CONCLUSION

24.   WHEREFORE, I attest there is probable cause to arrest SONG for violations of 49 U.S.C. § 46306(b)(7) (Operating Aircraft without Airman's Certificate) and 49 U.S.C. § 46307 (violation of National Defense Airspace).

Respectfully submitted,

Jose Rodriguez Del Rio
Special Agent
NASA Office of Inspector General

Affidavit submitted by email and attested to me
as true and accurate via telephone consistent with
Fed. R. Crim. P. 4.1 and 41(d)(3), before me
this __31st__ day of December 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

10

## ATTACHMENT A

Unmanned aircraft system, DJI AIR3 drone, ID serial number of SAQ007KNAA









*The images depicted on the Subject UAS above depict critical infrastructure at KSC, and have therefore been redacted.*

## ATTACHMENT B

Signs prohibiting UAS or Drones on Kennedy Space Center Property









